

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00325-CV

SAMOTTA RICHARDSON                                          APPELLANT

V.

MARKOS S. WODAJO                                            APPELLEE

-----------

### FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 067-259343-12

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On September 19, 2014, we denied appellant's "Response To Late Brief Notice," which we liberally construed as a motion for extension of time based on repeated requests from appellant that this court has already denied. We stated that if appellant's brief is not filed in this court by Monday, September 29, 2014, this appeal may be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1). We have not received any response.

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  October 23, 2014

2